FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation and PAUL WATSON, an individual,<br><br>　　　　Defendants - Appellees. | No. 12-35266<br><br>D.C. No. 2:11-cv-02043-RAJ<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

　　Defendant-Appellee Sea Shepherd Conservation Society's Motion to Compel Discovery (Dkt. #205) is held in abeyance pending in camera review of the disputed documents.

　　Plaintiff-Appellant ICR shall, by August 27, 2013, provide the court with unredacted copies of the documents it produced in redacted form in response to the court's July 2, 2013 order (Dkt. #188). ICR shall also provide a declaration attesting to the accuracy of any translated documents.

ES/AppellateCommissioner