# Ai Jantrania

14795 NW Yellowstone Ct.
Beaverton, OR, 97006
(503)707-5539
Ai.Jantrania@gmail.com

## WORK EXPERIENCE

**Executive Assistant** • IMEX America                     March 2011 – November 2012
- Executive Assistant for the President
    - Translated both business and technical documents (weekly meeting minutes, reports, presentations, emails) into Japanese and English.
    - Prepared monthly performance presentation in Power Point.
    - Collected and organized necessary data from sales results, production reports, and financial reports into a spread sheet for analysis.
    - Arranged and coordinated meetings with international and domestic visitors including booking hotels, restaurants and transportation.
    - Provided administrative supports for the president - answering phone calls, maintaining schedule, coordinating travels.

**Translator / Interpreter** • JAE Oregon                    August 2010 – February 2011
- Assistant to Japanese technician
    - Scheduled and coordinated meetings and training sessions.
    - Provided interpretation for technical instructions during training sessions.
- Translation Project
    - Translated both business and technical documents (presentations, manuals, engineering drawings) into Japanese and English.

**Translator / Interpreter** • Miller Nash LLP                December 2009 - Present
- Translated business documents for legal proceedings.
- Interpreted at the legal deposition providing accurate and smooth communication between prosecutor and defendant.

**Teacher's Assistant / Math and Accounting Tutor** • Portland Community College   October 2008 - June 2009
- Assisted accounting instructor.
- Tutored students in accounting and math.

**Administrator/ Secretary** • Berlitz Japan                  May 2007 - February 2008
- Interacted with clients and handled their concerns and complaints.
- Communicated with employees in other branches for schedules and clients' information.

## EDUCATION

**University of Tokyo, Japan** • BA in Liberal Arts & Sciences – Biofunctions
**University of Illinois Urbana, IL** • Study Abroad - Molecular Cellular Biology & Intercultural Communications
**Portland Community College, OR** • Business/Accounting