FILED

NOT FOR PUBLICATION

SEP 24 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; TOMOYUKI OGAWA, an individual; TOSHIYUKI MIURA, an individual,<br><br>      Plaintiffs - Appellants,<br><br>  v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation; PAUL WATSON, an individual,<br><br>      Defendants - Appellees. | No. 12-35266<br><br>D.C. No. 2:11-cv-02043-RAJ<br><br><br>ORDER |

Before: **KOZINSKI**, Chief Judge, **TASHIMA** and **M. SMITH**, Circuit Judges.

Non-party Susan Hartland's Petition for Rehearing or Rehearing En Banc (Dkt. 213) is denied. <u>See</u> Fed. R. App. P. 35, 40.