FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation and PAUL WATSON, an individual,<br><br>        Defendants - Appellees. | No. 12-35266<br><br>D.C. No. 2:11-cv-02043-RAJ<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

     Defendant-Appellee Paul Watson's motion to permit trial testimony by telephone is denied. The court would benefit from observing Watson's demeanor while testifying, and the plaintiffs should be able to cross-examine Watson with evidence produced at the hearing and not divulged in advance.

     Defendants-Appellees may move to allow Watson to appear by video transmission. *See* Fed. R. Civ. P. 43(a) advisory committee's note (1996 amendment) ("Video transmission ordinarily should be preferred when the cost is

ES/AppellateCommissioner

reasonable in relation to the matters in dispute, the means of the parties, and the circumstances that justify transmission."). Any further motion should also identify a procedure by which any impeachment evidence would be transmitted to Watson in real time during cross-examination.

ES/AppellateCommissioner