**PerkinsCoie**

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
perkinscoie.com

October 20, 2014

David F. Taylor
DFTaylor@perkinscoie.com
D. (206) 359-8440
F. (206) 359-9440

**VIA ECF**

Ms. Molly Dwyer
Clerk of the Court
Ninth Circuit Court of Appeals
95 7th Street
San Francisco, CA 94013-1526

Re: Institute of Cetacean Research v. Sea Shepherd Conservation Society,
No. 12-35266

Dear Ms. Dwyer:

On June 24, the Court issued an order setting oral argument in the above-referenced matter for October 27 at 11:00 am. The order states that each side will be allotted 20 minutes to argue.

I write to inform the Court that, with the Court's permission, defendants/appellees Sea Shepherd Conservation Society and Paul Watson and non-parties Lani Blazier, Marnie Gaede, Bob Talbot, Robert Wintner, Ben Zuckerman, Peter Rieman, and Susan Hartland propose to divide their time as follows: I will take 14 minutes to address issues common to all defendants/appellees and non-parties, and Timothy G. Leyh (counsel for Paul Watson) will take 6 minutes to address issues pertaining to Mr. Watson.

Very truly yours,

David F. Taylor

cc: John F. Neupert (via ECF)