No. 12-35266

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

INSTITUTE FOR CETACEAN RESEARCH, a Japanese research foundation;
KYODO SENPAKU KAISHA, LTD., a Japanese corporation; TOMOYUKI
OGAWA, an individual; and TOSHIYUKI MIURA, an individual,

Plaintiffs-Appellants,

v.

SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit
corporation; and PAUL WATSON, an individual,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
(Hon. Richard A. Jones)
No. 2:11-cv-02043-RAJ

NOTICE OF WITHDRAWAL

Pursuant to FRAP 27 and Circuit Rule 27-11(a)(6), the undersigned counsel request that the Court permit the withdrawal of attorney Hilary V Bricken of Harris & Moure, PLLC. Counsel Claire Loebs Davis, Douglas W. Greene, and Kristin Beneski of Lane Powell PC, have already appeared on behalf of Defendant-Appellee Sea Shepherd Conservation Society as counsel of record in this matter on motion granted by this court (Docket Entry 205).

RESPECTFULLY SUBMITTED this 16th day of January, 2015.

                HARRIS & MOURE, PLLC


                By: *s/ Hilary V. Bricken*
                    Hilary V. Bricken
                    ***Withdrawing Attorney for Defendant-Appellee Sea Shepherd Conservation Society***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 16, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

By  *s/ Hilary V. Bricken*

1