FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation and PAUL WATSON, an individual, <br><br> Defendants - Appellees. | No. 12-35266 <br><br> D.C. No. 2:11-cv-02043-RAJ <br> Western District of Washington, Seattle <br><br><br> ORDER |

Before: KOZINSKI, TASHIMA, and M. SMITH, Circuit Judges.

Defendant Paul Watson filed a petition for rehearing en banc on January 2, 2015. Defendant Sea Shepherd Conservation Society filed a petition for rehearing en banc on January 2, 2015. Defendants Lani Blazier, Marnie Gaede, Peter Rieman, Robert Talbot, Robert Wintner, and Benjamin Zuckerman filed a petition for panel rehearing and for rehearing en banc on January 2, 2015.

Judges Kozinski, Tashima and M. Smith have each voted to deny the three petitions.

The full court has been advised of the three petitions, and no judge requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

The petitions for rehearing en banc and petition for panel rehearing  are DENIED.