FILED

UNITED STATES COURT OF APPEALS

FEB 12 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation and PAUL WATSON, an individual, <br><br> Defendants - Appellees. | No. 12-35266 <br><br> D.C. No. 2:11-cv-02043-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

At the February 10, 2015 status conference, the parties and non-party respondents proposed a schedule for exchanging their views on the amount and allocation of attorney's fees, costs and other damages, as awarded by the court in its December 19, 2014 order.

The parties and non-party respondents shall participate by telephone in a further status conference at 3:00 p.m. on March 12, 2015.

ES/AppellateCommissioner